UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TINA FRANCHI and TONY FRANCHI, <br><br> PLAINTIFFS, <br><br> v. <br><br> INTELISYS, INC., RICK RIBAS and JUSTIN MARANO <br><br> DEFENDANTS. | CIVIL ACTION NO. <br><br><br><br><br><br><br><br> JANUARY 17, 2019 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants Intelisys, Inc., Rick Ribas and Justin Marano (collectively "Defendants") file this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446. Defendants remove this action from the Superior Court of the State of Connecticut, Judicial District of Ansonia-Milford (the "Superior Court Action") to the United States District Court for the District of Connecticut. As their reasons for removal, Defendants state:

1. By Summons and Complaint, Plaintiffs Tina Franchi and Tony Franchi commenced a civil action on December 21, 2018, against "Intelisys PL LLC,"[1] Rick Ribas and Justin Marano in the Connecticut Superior Court captioned *Tina Franchi, et al. v. Intelisys PL LLC, et al* Docket Number AAN-CV19-6031680-S, with a return date of January 15, 2019.

2. A true and correct copy of the Summons and Complaint – served by

---

[1] As described more fully herein, Intelisys, Inc. has been misidentified in the Summons and Complaint as "Intelisys PL LLC," a wholly unrelated entity.

Plaintiffs on Defendants on December 21, 2018 – is attached hereto as <u>Exhibit A</u> and constitutes all processes, pleadings and orders served upon Defendants in this action to the present date. 28 U.S.C. § 1446(a).

3. This Notice of Removal is being filed within 30 days of the date on which the Defendants were served with a copy of the Complaint in the Superior Court Action. 28 U.S.C. § 1446(b).

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 inasmuch as the matter in controversy exceeds, upon information and belief, the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. As stated in the Complaint, Plaintiffs are seeking monetary damages in excess of $350,000 for 2018 as well as an undisclosed sum for alleged emotional distress. <u>See</u> Complaint, at ¶¶ 45-46.

5. The Summons and Complaint indicate that Plaintiffs are individual citizens of the State of Connecticut. <u>See</u> Complaint, at ¶¶ 2-3.

6. As referenced above, Intelisys, Inc. is misnamed in the Complaint as "Intelisys PL LLC"; however, Intelisys PL LLC is not owned by ScanSource as alleged in the Complaint and did not employ Tina Franchi as alleged in the Complaint. <u>See</u> Complaint, at ¶ 11. Intelisys PL LLC also does not employ the individually named defendants. <u>Id.</u>, at ¶¶ 5-6.

7. Intelisys PL LLC likewise does not maintain a business location at 32 Poverty Road in Southbury, Connecticut as alleged in the Complaint. <u>See</u> Complaint, at ¶ 4.

8. The Commercial Recording Division of the Office of Connecticut's

Secretary of State confirms that the business address of Intelisys PL LLC is 130 Myrtle Avenue, Apartment D, Stamford, Connecticut 06902.  See Exhibit B.

9. The proper corporate defendant is Intelisys, Inc., the entity that acquired the entity that actually employed Tina Franchi and employed the individually named defendants.  See Affidavit of Stacey Pompeii at ¶¶ 5-6, attached as Exhibit C.

10. Intelisys, Inc. is incorporated in the state of South Carolina and maintains its corporate headquarters and principal place of business in Petaluma, California (1318 Redwood Way, Suite 120, Petaluma, CA 94954).  See Exhibit C, at ¶ 4.  Pursuant to 28 U.S.C. § 1332(c), "a corporation shall be deemed to be a citizen of every State . . . by which it has been incorporated and of the State . . . where it has its principal place of business."  Hopkins v. Kawasaki Rail Car, Inc., No. 3: 17-CV-839 (CSH), 2017 WL 3715247, at *2 (D. Conn. Aug. 28, 2017).

11. Defendant Rick Ribas is domiciled in the state of Florida.  See Exhibit C, at ¶ 9.  "In general, the domicile of an individual is his true, fixed permanent home and place of habitation," which is to say, "the place to which, whenever he is absent, he has the intention of returning."  PJW Inv. Assocs. LLC v. Custopharm, Inc., No. 3:10-CV-01043 CSH, 2013 WL 6002226, at *2 (D. Conn. Nov. 12, 2013), quoting Martinez v. Bynum, 461 U.S. 321, 331 (1983).  Mr. Ribas does not reside in Connecticut as alleged in the Complaint.

12. Defendant Justin Marano is a citizen of the state of New York.  See Complaint, at ¶ 6.

13. The United States Court of Appeals for the Second Circuit has confirmed that "[a] plaintiff may not defeat a federal court's diversity jurisdiction and a defendant's

right of removal by merely joining as defendants parties with no real connection with the controversy." Pampillonia v. RJR Nabisco, Inc., 138 F.3d 459, 460-61 (2d Cir. 1998). Here, the Complaint is clear that the claims arise out of Tina Franchi's employment with Intelisys, Inc.  Plaintiff has not alleged any facts to support a claim against the unrelated entity, Intelisys PL LLC. See Retirement Program for Employees of the Town of Fairfield v. NEPC, LLC, 642 F.Supp.2d 92, 95 (D. Conn. 2009) (confirming that Court can look beyond the face of the complaint in assessing whether fraudulent joinder to destroy diversity has occurred).

14. This Notice of Removal is being filed in the United States District Court for the District of Connecticut, where the Superior Court Action is pending. 28 U.S.C. §§ 1441 and 1446(a).

15. Attached hereto as Exhibit D is a copy of the Notice to Superior Court, Judicial District of Ansonia-Milford, of Filing of Notice of Removal, the original of which is being filed with the Superior Court. 28 U.S.C. § 1446(d).

16. By filing this Notice of Removal, Defendants do not waive any defenses available to it at law, in equity or otherwise, or concede that Plaintiffs have pled claims upon which relief may be granted.

WHEREFORE, Defendants respectfully requests that the above-captioned matter now pending in the Superior Court, Judicial District of Ansonia-Milford, Connecticut be removed to this Court.

Dated at New Haven, Connecticut this 17th day of January, 2019.

Respectfully submitted,

/s/ Elizabeth R. McKenna
Elizabeth R. McKenna (CT28113)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
emckenna@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2019, a copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Gary Phelan, Esq.
Robert B. Mitchell, Esq.
Mitchell & Sheehan, P.C.
80 Ferry Boulevard, Suite 216
Stratford, CT 06615

                                                */s/ Elizabeth McKenna*
                                                Elizabeth R. McKenna